WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee, on Behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-12,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01849-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIOND TO DISMISS [ECF Nos. 13, 16 and 20]**<br><br>**[First Request]** |

COMES NOW Plaintiff Wells Fargo Bank, N.A., as Trustee, on Behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12 ("Wells Fargo"), Defendants Fidelity National Title Insurance Company ("FNTIC"), Fidelity National Title Agency of Nevada, Inc. ("Fidelity Agency"), and Specially-Appearing Defendant Fidelity National Title Group, Inc. ("FNTG") by and through their counsel of record, hereby stipulate and agree as follows:

1. On October 2, 2020, Wells Fargo filed its Complaint in Eighth Judicial District Court, Case No. A-20-822438-C [ECF No. 1-1];
2. On October 4, 2020, FNTIC filed a Petition for Removal to this Court [ECF No. 1];
3. On November 12, 2020, FNTIC filed a Motion to Dismiss [ECF No. 13];
4. On November 16, 2020, Fidelity Agency filed a Motion to Dismiss [ECF No. 16];
5. On November 18, 2020, FNTG filed a Motion to Dismiss [ECF No. 20];
6. Wells Fargo's deadline to respond to the pending Motions to Dismiss is currently November 30, 2020 [ECF Nos. 13 and 16] and December 2, 2020 [ECF No. 20];
7. Wells Fargo's counsel is requesting a brief extension until Monday, December 7, 2020, to file its responses to the pending Motions to Dismiss;
8. This extension is requested as the Parties are currently discussing a stipulation to stay briefing on the Motions to Dismiss pending the Court's resolution of Wells Fargo's Motion for Remand [ECF No. 10];
9. Counsel for Defendants does not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

10. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 30th day of November, 2020. | DATED this 30th day of November, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins* <br> Darren T. Brenner, Esq. <br> Nevada Bar No. 8386 <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee, on Behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12* | */s/ Kevin S. Sinclair* <br> Kevin S. Sinclair, Esq. <br> Nevada Bar No. 12277 <br> 16501 Ventura Boulevard, Suite 400 <br> Encino, California 91436 <br> *Attorney for Defendants, Fidelity National Title Group, Inc., Fidelity National Title Insurance Company, and Fidelity Title Agency of Nevada, Inc.* |

**IT IS SO ORDERED.**

Dated this <u>1st</u> day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE