WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee, on Behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-12,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01849-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIOND TO DISMISS [ECF Nos. 13, 16 and 20]**<br><br>**[Second Request]** |

Plaintiff Wells Fargo Bank, N.A., as Trustee, on Behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12 ("Wells Fargo"), Defendants Fidelity National Title Insurance Company ("FNTIC"), Fidelity National Title Agency of Nevada, Inc. ("Fidelity Agency"), and Specially-Appearing Defendant Fidelity National Title Group, Inc. ("FNTG") by and through their counsel of record, hereby stipulate and agree as follows:

1. On October 2, 2020, Wells Fargo filed its Complaint in Eighth Judicial District Court, Case No. A-20-822438-C [ECF No. 1-1];
2. On October 4, 2020, FNTIC filed a Petition for Removal to this Court [ECF No. 1];
3. On November 12, 2020, FNTIC filed a Motion to Dismiss [ECF No. 13];
4. On November 16, 2020, Fidelity Agency filed a Motion to Dismiss [ECF No. 16];
5. On November 18, 2020, FNTG filed a Motion to Dismiss [ECF No. 20];
6. Wells Fargo's deadline to respond to the pending Motions to Dismiss is currently December 7, 2020 [ECF No. 27];
7. Wells Fargo's counsel is requesting a brief extension until Monday, December 14, 2020, to file its responses to the pending Motions to Dismiss;
8. Wells Fargo intends on filing a motion to stay briefing of the Motions to Dismiss pending this Court's resolution of Wells Fargo's Motion for Remand [ECF No. 10]. A one-week extension to the current deadline will provide the Court an opportunity to consider the motion to stay before the Parties expend additional resources in briefing up the Motions to Dismiss.
9. Counsel for Defendants does not oppose the requested extension;

///

///

///

///

///

///

10. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 7th day of December, 2020. | DATED this 7th day of December, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins* <br> Darren T. Brenner, Esq. <br> Nevada Bar No. 8386 <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee, on Behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12* | */s/ Kevin S. Sinclair* <br> Kevin S. Sinclair, Esq. <br> Nevada Bar No. 12277 <br> 16501 Ventura Boulevard, Suite 400 <br> Encino, California 91436 <br> *Attorney for Defendants, Fidelity National Title Group, Inc., Fidelity National Title Insurance Company, and Fidelity Title Agency of Nevada, Inc.* |

**IT IS SO ORDERED.**

Dated this __8th__ day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE