1
2
3
4
5
6
7
8

WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee, on Behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12*

9
10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

11
12
13
14
15
16
17
18
19
20
21

| WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-12, <br><br> Plaintiff, <br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-01849-APG-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIOND TO DISMISS [ECF Nos. 13, 16 and 20]** <br><br> **[Third Request]** |
| --- | --- |

22
23
24
25
26
27
28

        Plaintiff Wells Fargo Bank, N.A., as Trustee, on Behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12 ("Wells Fargo"), Defendants Fidelity National Title Insurance Company ("FNTIC"), Fidelity National Title Agency of Nevada, Inc. ("Fidelity Agency"), and Specially-Appearing Defendant Fidelity National Title Group, Inc. ("FNTG") by and through their counsel of record, hereby stipulate and agree as follows:

1. On October 2, 2020, Wells Fargo filed its Complaint in Eighth Judicial District Court, Case No. A-20-822438-C [ECF No. 1-1];

2. On October 4, 2020, FNTIC filed a Petition for Removal to this Court [ECF No. 1];

3. On November 2, 2020, Wells Fargo filed its Motion for Remand and Motion for Fees and Costs [ECF Nos. 10-11];

4. On November 12, 2020, FNTIC filed a Motion to Dismiss [ECF No. 13];

5. On November 16, 2020, Fidelity Agency filed a Motion to Dismiss [ECF No. 16];

6. On November 18, 2020, FNTG filed a Motion to Dismiss [ECF No. 20];

7. On December 8, 2020, Wells Fargo filed its Motion to Stay Briefing on the Motions to Dismiss pending the Court's resolution of the Motion for Remand [ECF No. 29];

8. Wells Fargo's deadline to respond to the pending Motions to Dismiss is currently December 14, 2020 [ECF No. 30];

9. Wells Fargo's counsel is requesting an extension until Monday, December 28, 2020, to file its responses to the pending Motions to Dismiss;

10. On December 14, 2020, Defendants filed a Non-Opposition to Wells Fargo's Motion to Stay Briefing on the Motions to Dismiss [ECF No. 31]. A two-week extension to the current deadline will provide the Court an opportunity to consider the Motion to Stay Briefing before the Parties expend additional resources in briefing up the Motions to Dismiss.

11. Counsel for Defendants does not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

1        12. This is the third request for an extension which is made in good faith and not for

2             purposes of delay.

3        **IT IS SO STIPULATED.**

| DATED this 14th day of December, 2020. | DATED this 14th day of December, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins* | */s/ Kevin S. Sinclair* |
| Darren T. Brenner, Esq. | Kevin S. Sinclair, Esq. |
| Nevada Bar No. 8386 | Nevada Bar No. 12277 |
| Lindsay D. Robbins, Esq. | 16501 Ventura Boulevard, Suite 400 |
| Nevada Bar No. 13474 | Encino, California 91436 |
| 7785 W. Sahara Ave., Suite 200 | *Attorney for Defendants, Fidelity National* |
| Las Vegas, NV 89117 | *Title Group, Inc., Fidelity National Title* |
| *Attorneys for Plaintiff, Wells Fargo Bank,* | *Insurance Company, and Fidelity Title* |
| *N.A., as Trustee, on Behalf of the Holders of* | *Agency of Nevada, Inc.* |
| *the Harborview Mortgage Loan Trust* | |
| *Mortgage Loan Pass-Through Certificates,* | |
| *Series 2006-12* | |

**IT IS SO ORDERED.**

Dated this  14th  day of December, 2020.

_____

UNITED STATES DISTRICT JUDGE